FILED

MAR 2 1 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**GERMAINE J GRANT**
    Plaintiff.
Case No. 1:11-CV-5611
-v-
**Reliable Recovery Services INC,**

Hon. JUDGE  John W Darrah

**Santander Consumer usa inc**

### Notice of Motion

Please take Notice that a presentment of motion to dismiss Santander amended complaint the

undersigned shall present this motion before honorable John darrah, or any judge sitting in his

stead, in courtroom 1203 of the united states district court for northern district of Illinois, eastern

division, located at 219 south Dearborn street, chicago, Illinois 6064, and then and there present

the motion of plaintiff germaine grant to dismiss the complaint

By:

GERMAINE J GRANT
P.O. BOX 23
JOLIET IL 60433

815 582-3518



# IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**GERMAINE J GRANT**
Plaintiff.

Case No. 1:11-CV-5611

-v-                                         Hon. JUDGE  John W Darrah

**Reliable Recovery Services INC,**

**Santander Consumer usa inc**

### Presentment  to motion to file leave motion to dismiss Santander's  amended counterclaim

### and grant motion for judgment

Counter Defendant / Plaintiff, Germaine Grant in his own behalf moves this court to request by the  plaintiff  presentment to file leave **Motion to dismiss the complaint** for defendants/ counter plaintiff's, Santander for his failure to abide by discovery process order previously issued by this court.. In support thereof Germaine Grant the live and living states as follows:

The defendant has prejudice the plaintiff complaint by holing information from the plaintiff and causing delays in the discovery process.

1.  The defendant has cause this delays after having meeting and was warned by  the plaintiff about the delays in which the defendant has cause.

2.  The plaintiff discovery isn't complete at all because the defendant has block all process in do so.

GERMAINE J GRANT
P.O. BOX 23
JOLIET IL 60433

815 582-3518